# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>20-1982</u>

Virgin Islands Conservation So v. Virgin Islands Board of Land U

(U.S. District Court No.: 1-06-cv-00089)

## ORDER

Pursuant to the Clerk's Order dated a status report is required to be filed every 90 days in the above-entitled case. As of the date of this Order, the scheduled status report has not been filed as required.

The Parties are directed to file a status report within seven (7) days of the date of this Order.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:      February 23, 2023

CND/cc:    Ian S.A. Clement, Esq.
           Treston E. Moore, Esq.
           Andrew C. Simpson, Esq.
           Dionne G. Sinclair, Esq.