# ANDREW C. SIMPSON, P.C.
## Law Offices

**Andrew C. Simpson**
asimpson@coralbrief.com

2191 Church Street, Suite 5
Christiansted, St. Croix, VI 00820
340.719.3900
www.coralbrief.com

*Howard L. Phillips*
hphillips@coralbrief.com

---

September 5, 2023

Patricia S. Dodszuweit
Clerk of the Court
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    Status Report No. 6
              V.I. Conservation Society, Inc. v. V.I. Board of Land Use Appeals
              Case No. 20-1982

Dear Ms. Dodszuweit:

In accordance with the Court's September 5, 2023 Order this will provide a status report on the referenced matter.

The parties submitted their proposed findings of fact and conclusions of law on November 30, 2022 and the matter is now fully submitted to the Superior Court of the Virgin Islands. The next step is for that court to make the findings of fact as directed by the remand order.

                                          Respectfully submitted,

                                           /s/ Andrew C. Simpson
                                          Andrew C. Simpson
                                          Counsel for Virgin Islands
                                          Conservation Society, Inc.

cc:    All counsel of record via ECF