

**Andrew C. Simpson**
asimpson@coralbrief.com

**2191 Church Street, Suite 5**
**Christiansted, St. Croix, VI 00820**
340.719.3900
www.coralbrief.com

December 1, 2023

Patricia S. Dodszuweit
Clerk of the Court
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    **Status Report No. 7**
                **V.I. Conservation Society, Inc. v. V.I. Board of Land Use Appeals**
                **Case No. 20-1982**

Dear Ms. Dodszuweit:

This will provide a status report on the referenced matter.

The parties submitted their proposed findings of fact and conclusions of law on November 30, 2022 and the matter is now fully submitted to the Superior Court of the Virgin Islands. The next step is for that court to make the findings of fact as directed by the remand order.

                                            Respectfully submitted,

                                            <u> /s/ Andrew C. Simpson</u>
                                            Andrew C. Simpson
                                            Counsel for Virgin Islands
                                            Conservation Society, Inc.

cc:    All counsel of record via ECF