

**Andrew C. Simpson**
asimpson@coralbrief.com

**2191 Church Street, Suite 5
Christiansted, St. Croix, VI 00820
340.719.3900**
www.coralbrief.com

May 30, 2024

Patricia S. Dodszuweit
Clerk of the Court
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    **Re:    Status Report No. 9
            V.I. Conservation Society, Inc. v. V.I. Board of Land
            Use Appeals
            Case No. 20-1982**

Dear Ms. Dodszuweit:

This will provide a status report on the referenced matter.

There has been no change since the submission of the last Status Report. The parties submitted their proposed findings of fact and conclusions of law on November 30, 2022 and the matter is now fully submitted to the Superior Court of the Virgin Islands. The next step is for that court to make the findings of fact as directed by the remand order.

                                      Respectfully submitted,

                                      /s/ Andrew C. Simpson
                                      Andrew C. Simpson
                                      Counsel for Virgin Islands
                                      Conservation Society, Inc.

cc:    All counsel of record via ECF