# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>20-1982</u>

Virgin Islands Conservation So v. Virgin Islands Board of Land U

(U.S. District Court No.: 1-06-cv-00089)

## ORDER

Pursuant to the Order dated August 23, 2021 a status report is required to be filed every 90 days in the above-entitled case. As of the date of this Order, the scheduled status report has not been filed as required.

The Parties are directed to file a status report within seven (7) days of the date of this Order.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:　　　December 04, 2024

CND/cc:　　Ian S.A. Clement, Esq.
　　　　　　Treston E. Moore, Esq.
　　　　　　Andrew C. Simpson, Esq.
　　　　　　Dionne G. Sinclair, Esq.