

**Andrew C. Simpson**
asimpson@coralbrief.com

**2191 Church Street, Suite 5**
**Christiansted, St. Croix, VI 00820**
**340.719.3900**
www.coralbrief.com

September 2, 2025

Patricia S. Dodszuweit
Clerk of the Court
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    **Status Report No. 14**
             **V.I. Conservation Society, Inc. v. V.I. Board of Land**
             **Use Appeals**
             **Case No. 20-1982**

Dear Ms. Dodszuweit:

This will provide a status report on the referenced matter.

    There has been no change since the submission of the last Status Report. The parties submitted their proposed findings of fact and conclusions of law on November 30, 2022 and the matter is now fully submitted to the Superior Court of the Virgin Islands. The next step is for that court to make the findings of fact as directed by the remand order.

    The judge who presided over the evidentiary hearing, the Hon. Harold L. Willocks, has been elevated to the Virgin Islands Supreme Court and thus any judge replacing him will have to rely upon the transcript of the hearing and the submissions of the parties and will not have been present to hear the testimony at the hearing. ==Consequently, this Court may wish to recall the mandate and review the record on its own.==

Patricia S. Dodszuweit
September 2, 2025
Page 2

                                            Respectfully submitted,

                                            <u>　/s/ Andrew C. Simpson</u>
                                            Andrew C. Simpson
                                            Counsel for Virgin Islands
                                            Conservation Society, Inc.

cc:    All counsel of record via ECF