# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1982

Virgin Islands Conservation So v. Virgin Islands Board of Land U

(U.S. District Court No.: 1:06-cv-00089)

## ORDER

The Court entered an order staying the above-entitled case. All parties are directed to file a status report by **June 29, 2026** and every **one hundred and twenty (120)** days thereafter until the stay is lifted.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:       February 27, 2026

CND/cc:   Ian S.A. Clement, Esq.
              Treston E. Moore, Esq.
              Andrew C. Simpson, Esq.
              Dionne G. Sinclair, Esq.